IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROL ROSENBERG**<br><br>    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE,**<br><br>    **Defendant.** | Case No. 13-cv-1554(BAH) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Carol Rosenberg respectfully submits the attached Affidavit of Mailing as proof that service has been effected on the United States Department of Defense in the above captioned matter.

Dated: October 30, 2013          LEVINE SULLIVAN KOCH & SCHULZ, LLP

By:     /s/ Chad R. Bowman
         Chad R. Bowman, (D.C. Bar No. 484150)
         1899 L Street, N.W., Suite 200
         Washington, D.C.  20036
         Telephone: (202) 508-1100
         Fax: (202) 981-9888
         E-mail: cbowman@lskslaw.com

         David A. Schulz
         321 West 44th Street, Suite 1000
         New York, NY 10036
         Telephone: (212) 850-6100
         Fax: (212) 850-6299
         E-mail: dschulz@lskslaw.com

         *Counsel for Plaintiff Carol Rosenberg*