IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CAROL ROSENBERG

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE,

    Defendant.

Case No. 13-cv-1554(BAH)

---

## AFFIDAVIT OF MAILING

I, Cynthia A. Lindsay, declare as follows:

1. My name is Cynthia A. Lindsay. I am a paralegal with the law firm Levine Sullivan Koch & Schulz, LLP. I am over eighteen years of age, of sound mind and am fully competent to make this declaration. I have personal knowledge of the factual statements contained herein.

2. Pursuant to Rule 4(i)(2), I served a copy of the summons and complaint in the referenced case on the Defendant UNITED STATES DEPARTMENT OF DEFENSE ("Defendant") by certified mail, return receipt, using a Certified Mail Receipt (P.S. Form 3800) and Domestic Return Receipt (P.S. Form 3811).

3. After waiting more than a week to receive the Domestic Return Receipt, I contacted the U.S. Postal Service, which issued me a Return Receipt After Mailing (P.S. Form 3811a) This form provides by facsimile a copy of the return signature demonstrating delivery and signature of the summons and complaint by Defendant on October 15, 2013.

4. Attached hereto as Exhibit 1 are true correct copies of the Certified Mail Receipt and a copy of the U.S. Postal Service's Track /Confirm Receipt demonstrating delivery of the summons and complaint on Defendant on October 15, 2013.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2013.

                                                            Cynthia A. Lindsay